```
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:15-cv-00743-APG-PAL |
| vs. ) | |
| ) | |
| WYNDHAM RESORT DEVELOPMENT ) | ORDER |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT THROUGH AND INCLUDING FRIDAY, JUNE 5, 2015**
**[FIRST REQUEST]**

This Stipulation is filed pursuant to Local Rules 6-1 and 26-4. This action was filed April 23, 2015. On May 15, 2015 Defendant filed its pending Motion to Dismiss or, in the alternative, Motion for Summary Judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant has courteously agreed to this short extension. No previous extensions have been provided. The parties have begun to discuss settlement. Plaintiff does not anticipate the need for any further extensions.

DATED: June 1, 2015

| MITCHELL D. GLINER, ESQ. | ARMSTRONG TEASDALE LLP |
|---|---|
| /s/ Mitchell Gliner | /s/ Scott Fleming |
| MITCHELL D. GLINER, ESQ. | SCOTT D. FLEMING, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 5638 |
| 3017 W. Charleston Blvd. # 95 | 3770 Howard Hughes Pkwy, #200 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89169 |
| Attorney for Plaintiff | Attorneys for Defendant |

### ORDER

IT IS SO ORDERED.

Dated: June 2, 2015.

_____
UNITED STATES DISTRICT JUDGE