MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CARLOS HERNANDEZ,

    Plaintiff,

vs.

WYNDHAM RESORT DEVELOPMENT
CORPORATION,

    Defendant.

No. 2:15-cv-00743-APG-PAL

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| MITCHELL D. GLINER, ESQ. | ARMSTRONG TEASDALE LLP |
|---|---|
| /s/ Mitchell Gliner | /s/ Scott Fleming |
| MITCHELL D. GLINER, ESQ. | SCOTT D. FLEMING, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 5638 |
| 3017 W. Charleston Blvd. # 95 | 3770 Howard Hughes Pkwy, #200 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89169 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED this 22 day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE